UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.:  14-31739-BKC-RAM

IN RE:

RANDY DEVERICK BIGGINS

**NOTICE OF CONTINUED CONFIRMATION HEARING
AND TRUSTEE'S OBJECTION TO EXEMPTIONS**

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to March 10, 2015    , at  1:35 PM, at 301 North Miami Avenue, Courtroom  4, Miami, Florida 33128.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and Trustee's Objection to Exemptions was mailed to those parties listed below on this  24th day of FEBRUARY 2015.

                                      Nancy K. Neidich
                                      Standing Chapter 13 Trustee
                                      Post Office Box 279806
                                      Miramar, Florida 33027
                                      Telephone: (954) 443-4402

By:     /s_____
        Nancy K. Neidich

COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027

RANDY DEVERICK BIGGINS

3480 NW 205 STREET
OPA LOCKA, FL  33056

CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL  33137

Case 14-31739-RAM    Doc 43    Filed 02/24/15    Page 3 of 3