**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

XX __Third__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Randy Deverick Biggins    JOINT DEBTOR: _____    CASE NO.: 14-31739
Last Four Digits of SS# 9879    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __56__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1529.92 for months   1   to  55  ;
  B.  $  896.22 for months  56   to ____ ;
  C.  $_____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $   0   TOTAL PAID $   0
            Balance Due   $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  U.S. Bank N.A.                   Arrearage on Petition Date  $26,037.42
Address: Nationstal Mortgage LLC     Arrears Payment $ 473.40 /month (Months  1  to  55 )
         Bankruptcy Department       Regular Payment $ 917.44 /month (Months  1  to  55 )
         350 Highland Drive
         Lewisville, TX 75067
Account No: 0610230815

2. _____                        Arrearage on Petition Date  $_____
Address: _____                  Arrears Payment  $_____/month (Months ____ to ____)
         _____                  Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
             Payable    $_____/month (Months ____ to ____) Regular Payment $_____

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

Unsecured Creditors: Pay $ 814.75 /month (Months 56 to ____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Randy Deverick Biggins                            _____
Debtor                                                  Joint Debtor
Date:   March 4, 2015                                   Date: _____

LF-31 (rev. 01/08/10)